UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSE ALEJANDRO DEL CID RAMIREZ, <br><br> *Petitioner*, <br><br> v. <br><br> MARY DE ANDA-YBARRA, *in her official capacity as Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement*; WARDEN OF ERO EL PASO CAMP EAST MONTANA; TODD M. LYONS, *in his official capacity as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security*; KRISTI NOEM, *in her official capacity as Secretary, U.S. Department of Homeland Security*; DEPARTMENT OF HOMELAND SECURITY; DAREN K. MARGOLIN, *in his official capacity as Director, Executive Office for Immigration Review*; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and PAMELA JO BONDI, *in her official capacity as Attorney General of the United States*, <br><br> *Respondents*. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | EP-26-CV-00188-DCG |

## ORDER DISMISSING PETITION WITHOUT PREJUDICE

Pursuant to the parties' "Stipulation for Dismissal" (ECF No. 6), the Court **DISMISSES**

the above-captioned case **WITHOUT PREJUDICE**.

Each party shall bear its own costs and attorney's fees.

The Court **CLOSES** the case.

So ORDERED and SIGNED this 13th day of April 2026.

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**